Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'07 MAR 13 P 2:57

U.S.A. vs. Jason Arrington                                          Docket No. 99-00043-008 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Arrington, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, on the 28th day of December 2000, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall pay to the United States a special assessment of $100.

12-28-00:    Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Crack Cocaine and in Excess of 500 Grams of Powder Cocaine; Sentenced to 36 months' custody of the Bureau of Prisons, to be followed by 4 years' supervised release.

08-01-03:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that a urine specimen obtained from Mr. Arrington on January 29, 2007, tested positive for marijuana. Another urine specimen obtained on February 12, 2007, tested positive for marijuana and cocaine. The tests were confirmed by Scientific Testing Laboratories, Incorporated, on February 9 and 24, 2007. Mr. Arrington was confronted concerning the two positive drug tests, and he admitted to using marijuana and cocaine. It should be noted that the levels of marijuana in the two samples indicate continued use, which Mr. Arrington confirmed. As to the use of cocaine, Mr. Arrington admitted to using crack cocaine.

      Mr. Arrington has indicated that he is in need of intervention and agreed that further supervision by the Probation Office may benefit him. As a result, on March 1, 2007, Mr. Arrington signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision, in which he agreed to the following modification of supervision: The releasee shall agree that the term of supervised release be extended for a period of 12 months, thus providing a new expiration date of July 31, 2008.

U.S.A. vs. Jaron Arrington
Docket No. 99-00043-008 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee's term of supervision be extended for a period of 12 months, thus providing a new expiration date of July 31, 2008.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on _March 13, 2007_ |
| _____ U.S. District Judge | _[signature]_ David J. Conde U.S. Probation Officer |
|  | _[signature]_ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:   Erie, PA |